```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 10-21560-CIV-LENARD
                          MAGISTRATE JUDGE P.A. WHITE
```

DR. HARSH SHARMA,                  :

    Plaintiff,                 :
v.                                 :     SUPPLEMENTAL REPORT OF
                                            MAGISTRATE JUDGE
SUSAN JOHNSTON, ET AL.,            :

    Defendants.                :
_____

Harsh Sharma filed a *pro se* complaint captioned as "Criminal Complaint" in this case, no. 10-21560-Civ-Lenard, while confined at the Federal Correctional Institution in Miami.[1] He raises This complaint, in legal effect, pursuant to 42 U.S.C. §1983.

The plaintiff alleges that his due process rights were violated when his medical licence was revoked, without due process. He claims this was done vindictively.

A Report was entered recommending that this case be dismissed. This Cause is before the Court upon the objections of the plaintiff and an Order of remand from United States District Judge Joan A. Lenard, dated June 25, 2010.

The plaintiff names as defendants Susan Johnston, an unknown supervisor, the Department of Health, State of Florida, the Florida Board of Medicine and other unknown defendants.

---

[1] The plaintiff has now been transferred to Jesup, Georgia.

The denial of due process in revoking a medical license, may state a §1983 claim under certain circumstances, which cannot be determined at this time. <u>Mishler v Navada State Bd of Examiners</u>, 896 F. 2d 408 (9th Cir. 1990).

The Florida Department of Health is an arm of the State of Florida, and is immune from suit. <u>Arecibo Community Health Care Inc. V Commonwealth of Puerto Rico</u>, 270 F.3d 17 (CA 1 PR 2001). The State of Florida is entitled to Eleventh Amendment immunity. <u>Gamble v Fla. Dept. Of Health and Rehabilitation Services</u>, 779 F.2d 1509, 1512-13 (11 cir. 1986). As to all unknown defendants, the Court is unable to serve them at this time.

It is therefore recommended that the Department of Health for the State of Florida be dismissed from this suit. Service will be ordered upon Susan Johnston and the Florida Board of Medicine by separate order.

Dated at Miami, Florida, this 8TH day of July, 2010.

                                          UNITED STATES MAGISTRATE JUDGE

cc: Harsh Sharma, Pro se
    34507016
    FCI-Jesup CI
    Jesup, Georgia
    Address of record