UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21560-CIV-LENARD/WHITE

**DR. HARSH SHARMA**,

        Plaintiff,

vs.

**SUSAN JOHNSTON ET AL.**,

        Defendants.
_____/

<u>**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION (D.E. 11) AND DEPARTMENT OF HEALTH, STATE OF FLORIDA AS DEFENDANT**</u>

**THIS CAUSE** is before the Court on the Supplemental Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 11), issued on July 9, 2010, recommending that Defendant Department of Health, State of Florida be dismissed from this action due to its immunity from suit under the Eleventh Amendment. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 11), issued on July 9, 2010, is **ADOPTED**.

    2.    Defendant Department of Health, State of Florida is hereby **DISMISSED**

from this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of July, 2010.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**