UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21560-CIV-LENARD/WHITE

**HARSH SHARMA,**

        Plaintiff,

vs.

**SUSAN JOHNSON, et al**,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 84) AND DISMISSING COMPLAINT (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 84), issued on December 13, 2010. In his Report, Magistrate Judge White recommends Plaintiff Harsh Sharma's ("Sharma") Complaint (D.E. 1) be dismissed in its entirety. (Report at 28.) The Report treats Defendants' Motion to Dismiss (D.E. 26), filed with additional evidence on September 2, 2010, as a motion for summary judgment. (*Id*. at 17.) The Report finds no violation of Sharma's rights to procedural and substantive due process and alternatively finds that Defendant Susan Johnston is entitled to qualified immunity. (*Id*. at 27.)

The Report also provides fourteen (14) days for the parties to file objections. To date, no objections to the Report have been filed. Sharma instead has filed sixteen (16) motions, one affidavit and one notice of inquiry. (*See* Docket Entries 85-102.) None of

these filings address the findings and recommendations of the Report.[1]  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 84), issued on December 13, 2010, is **ADOPTED.**

2. Plaintiff Harsh Sharma's Complaint (D.E. 1), filed on May 13, 2010, is **DISMISSED**.

3. All pending motions are **DENIED** as moot.

4. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of January, 2010.

                                                        *Joan A. Lenard*
                                                        **JOAN A. LENARD**
                                                        **UNITED STATES DISTRICT JUDGE**

---

[1]    Liberally construing Sharma's motions filed *pro se* does not help.  He merely restates his original allegations or moves the Court for relief that it is unable to provide.  *(See, e.g.*, Motion Judicial Notice of Disputed Records is Improper and Abuse of Discretion, D.E. 86; Motion for Defendant to Release FOIA Records, D.E. 98.)